## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY TOGNACI,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION: 1:22-00473-KD-B** |
| ) | |
| **AMERIS BANK,** *et al.*, ) | |
| Defendants. ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 7) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. Gen. LR 72(a)(2)(S) and dated January 4, 2023, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **TRANSFERRED** to the Southern Division of the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §1406(a).

**DONE** and **ORDERED** this the **6th** day of **February 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**